NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL JOHNSON HALLOCK,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2023-1831

---

Petition for review of the Merit Systems Protection Board in No. AT-0432-20-0418-I-5.

---

## JUDGMENT

---

ROBERT J. CYNKAR, McSweeney Cynkar & Kachouroff PLLC, Great Falls, VA, argued for petitioner.

ANNE DELMARE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY, LIRIDONA SINANI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 8, 2024
Date

Jarrett B. Perlow
Clerk of Court